IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01241-WYD-BNB

JOHN H. CASE and
LAUREN MAYTIN, on behalf of themselves and all similarly situated persons,

    Plaintiffs,

v.

GOOGLE, INC., a Delaware corporation,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Plaintiffs' Notice of Dismissal Without Prejudice filed July 30, 2010. Plaintiffs seek to dismiss this matter without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A). Accordingly, it is

ORDERED that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs and attorneys' fees.

    .     Dated: August 2, 2010

    BY THE COURT:

    s/ Wiley Y. Daniel
    WILEY Y. DANIEL,
    CHIEF UNITED STATES DISTRICT JUDGE